No. 94–1684. AGRICULTURAL LABOR RELATIONS BOARD ET AL. *v.* BUD ANTLE, INC., DBA BUD OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. 

No. 94–1685. KERR-MCGEE COAL CORP. *v.* FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 94–1692. JOHNSON & HIGGINS *v.* SEMPIER. C. A. 3d Cir. Certiorari denied. 

No. 94–1696. HANSEN ET AL. *v.* WESTERVILLE CITY SCHOOL DISTRICT, BOARD OF EDUCATION, ET AL.; and
No. 94–1826. HAYFIELD ET AL. *v.* MCINTYRE, EXECUTOR OF THE ESTATE OF MCINTYRE, DECEASED, ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 43 F. 3d 1472.

No. 94–1702. KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL. *v.* SELIN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 94–1703. SALEH, DBA KB'S LIMITED FINE FOODS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–1706. THE MILL *v.* COLORADO DEPARTMENT OF HEALTH ET AL. Sup. Ct. Colo. Certiorari denied. 

No. 94–1738. SCOTT, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF SCOTT, DECEASED *v.* HENRICH ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–1764. INTERMOUNTAIN RANCHES, LTD., ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–1780. GEHRING *v.* CASE CORP. C. A. 7th Cir. Certiorari denied. 

No. 94–1790. WELLINGTON TRADE INC., DBA CONTAINER-HOUSE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.